[48 NYS3d 765]

In the Matter of Karla A. Olivier (Admitted as Karla Alison Olivier), an Attorney, Respondent. Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, Petitioner.

Second Department, March 15, 2017

## APPEARANCES OF COUNSEL

*Diana Maxfield Kearse*, Brooklyn (*Melissa D. Broder* of counsel), for petitioner.

*Karla A. Olivier*, Brooklyn, respondent pro se.

## OPINION OF THE COURT

Per Curiam.

Karla A. Olivier, admitted as Karla Alison Olivier (hereinafter the respondent), has submitted an affidavit sworn to on August 9, 2016, in support of her application to resign as an attorney and counselor-at-law (*see* former 22 NYCRR 691.9).

The respondent acknowledges in her affidavit that her resignation is freely and voluntarily rendered, and that she is not being subjected to coercion or duress. She acknowledges that there are disciplinary charges pending against her involving the misappropriation of client funds and failure to maintain required escrow account bookkeeping records. The respondent acknowledges that she could not successfully defend herself on the merits against such charges. The respondent states that she has been advised of her right to discuss her resignation with an attorney, and that she is fully aware of the implications of submitting her resignation, including being barred by Judiciary Law § 90 and the rules of the Appellate Division, Second Department, from seeking reinstatement for at least seven years.

The respondent's application is submitted subject to any application by the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts for an order directing that she make restitution, and that she reimburse the Lawyers' Fund for Client Protection pursuant to Judiciary Law § 90 (6-a). She acknowledges the continuing jurisdiction of the Court to make such an order, which could be entered as a civil judgment against her. She specifically waives the opportunity afforded her by Judiciary Law § 90 (6-a) (f) to be heard in opposition thereto.

The Grievance Committee recommends that the Court grant the respondent's application for resignation.

Inasmuch as the respondent's application to resign complies with the requirements of former 22 NYCRR 691.9, the application is granted, and, effective immediately, the respondent is disbarred, and her name is stricken from the roll of attorneys and counselors-at-law. In view of the respondent's disbarment,

the disciplinary proceeding authorized by decision and order on motion of this Court dated July 11, 2016, is discontinued.

ENG, P.J., RIVERA, DILLON, BALKIN and SGROI, JJ., concur.

Ordered that the application of Karla A. Olivier, admitted as Karla Alison Olivier, to resign as an attorney and counselor-at-law is granted; and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, Karla A. Olivier, admitted as Karla Alison Olivier, is disbarred, and her name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that Karla A. Olivier, admitted as Karla Alison Olivier, shall comply with the rules governing the conduct of disbarred and suspended attorneys (*see* 22 NYCRR 1240.15); and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, Karla A. Olivier, admitted as Karla Alison Olivier, shall desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding herself out in any way as an attorney and counselor-at-law; and it is further,

Ordered that if Karla A. Olivier, admitted as Karla Alison Olivier, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency, and she shall certify to the same in her affidavit of compliance pursuant to 22 NYCRR 1240.15 (f); and it is further,

Ordered that the disciplinary proceeding against the respondent authorized by the decision and order on motion of this Court dated July 11, 2016, is discontinued.